# U.S. Bankruptcy Court

## Eastern District of Wisconsin

### Docket Report 91−24441

- *Debtor:* Richard F. Scherbarth, *Debtor:* Ruth A. Scherbarth
- *Bankruptcy Petition #:* 91−24441
- *Date filed:* 07/01/91
- *Date terminated:* 03/12/92
- *Assigned to:*
- Chapter 7, voluntary, joint, no−asset,

| * Parties * | * Attorneys * |
|---|---|
| **Richard F. Scherbarth**<br>SSN: ***−**−4113<br>2885f Dover Rd.<br>Neshkoro WI 54960<br>* Debtor * | **Robert P. Rudolph**<br>P.O. Box 91<br>102 South Waupaca St.<br>Wautoma WI 54982<br>414−787−7791 |
| **Ruth A. Scherbarth**<br>SSN: ***−**−2575<br>2885f Dover Rd.<br>Neshkoro WI 54960<br>* Debtor * | **Robert P. Rudolph**<br>P.O. Box 91<br>102 South Waupaca St.<br>Wautoma WI 54982<br>414−787−7791 |
| **Michael P. Schoenbohm**<br>206 S. Memorial Drive<br>Appleton WI 54911<br>735−5858<br>* Trustee * | |

# Docket Proceedings

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 07/01/91 | 1 | Voluntary petition under Chapter 7 filed [SW] (nibs) [EOD 07/03/91] |
| 07/01/91 | 2 | Appointment of Michael Schoenbohm as interim trustee and approving standing bond. [SW] (nibs) [EOD 07/03/91] |
| 07/08/91 | 1 | Completed schedules under Chapter 7 filed. [LF] (nibs) [EOD 07/17/91] |

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 07/08/91 | 3 | Proof of mailing notice of «41 st for 08/08/91; -23/727 complts due 10/07/91; discharge date 10/08/91. [SW] (nibs) [EOD 07/18/91] |
| 08/12/91 | 4 | Trustee's report in a no asset case. [LF] (nibs) [EOD 08/15/91] |
| 08/12/91 | 5 | Notice to debtor(s) of Local Rule 14.02 and the debtor(s) duty to comply; aff of svc. [LF] (nibs) [EOD 08/15/91] |
| 08/16/91 | 6 | Reaffirmation agreement with Attorney Karen A. Henell (unsigned). [LF] (nibs) [EOD 08/19/91] |
| 08/16/91 | 7 | Reaffirmation agreement with M I Central State Bank (UNSIGNED) [LF] (nibs) [EOD 08/19/91] |
| 08/16/91 | 8 | Reaffirmation agreement with M I Peoples Bank. (UNSIGNED) [LF] (nibs) [EOD 08/19/91] |
| 08/19/91 | 9 | Notice to parties in interest setting a reaffirmation hearing with on 10/23/91 @ 10:30. [LF] (nibs) [EOD 08/22/91] |
| 10/08/91 | 10 | DISCHARGE OF DEBTOR(S) [LF] (nibs) [EOD 10/08/91] |
| 10/23/91 | 11 | Reaffirmation hearing held. [LF] (nibs) [EOD 10/30/91] |
| 10/24/91 | 12 | Amended FINAL not of Reaffirmation Hearing. On 11/20/91 @ 10:30 [LF] (nibs) [EOD 10/30/91] |
| 10/28/91 | 13 | Proof of mailing notice to creditors of discharge of debtor(s) filed. [LF] (nibs) [EOD 10/31/91] |
| 03/12/92 | 14 | Order closing the estate, discharging the trustee and canceling his/her bond. [LF] (nibs) [EOD 03/12/92] |
| 10/29/92 | 15 | Motion for Contempt, filed by Robert P. Rudolph, INRE:First Wiscons in National Bank of Princeton. [LF] (nibs) [EOD 10/30/92] |
| 10/29/92 | 16 | Notice of mot for Contempt, W/obj. by November, 1992, filed by Rober t P. Rudolph. [LF] (nibs) [EOD 10/30/92] |
| 10/29/92 | 17 | Certificate of service by ofNot of Mot Mot for Contemp t, INRE:First Wisconsin Nation al Bank of Princeton, filed by Connie M. Imm. [LF] (nibs) [EOD 10/30/92] |
| 11/03/92 | 18 | Objection to to D Mot for Contempt, filed by Karen A. Henell. INRE:First Wisconsin National Bank of Princeton. [LF] (nibs) [EOD 11/03/92] |
| 11/12/92 | 19 | Notice to parties in interest setting a reaffirmation hearing with set for 11/24/92 @ 11:00. [LF] (nibs) [EOD 11/16/92] |
| 11/24/92 | 20 | Preliminary hearing on Firststar's obj to D mot for c ontempt. Mot DENIED. [LF] (nibs) [EOD 12/07/92] |